# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EMMA ELIASY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MACY'S, MACY'S, INC.; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | **Case No. CV 17-5741-GW(SSx)**<br>*[Hon. George H. Wu, Dept. 9D]*<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL**<br><br>Action Filed: 06/13/2017 |

Pursuant to the Notice of Voluntary Dismissal and stipulation of the parties, the Court hereby dismiss the case pursuant to Fed.R.Civ.P. 41(a)(1).

IT IS SO ORDERED.

Dated: June 25, 2018

　　　　　　　　　　　　　　　　　　／s／ George H. Wu
　　　　　　　　　　　　　　　　　　GEORGE H. WU, U.S. District Judge